1  ELIZABETH A. STRANGE
   First Assistant United States Attorney
2  ANNA WRIGHT
   Assistant U.S. Attorney
3  NATHANIEL J. WALTERS
   Assistant U.S. Attorney
4  State Bar No.: 029708
   405 West Congress, Suite 4800
5  Tucson, Arizona 85701-5040
   Telephone: (520) 620-7300
6  E-mail: anna.wright@usdoj.gov
   E-mail: nathaniel.walters@usdoj.gov
7  Attorneys for Plaintiff

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | 17-mj-00339-N/A-BGM |
| Plaintiff, | |
| vs. | GOVERNMENT'S MOTION TO SEAL CERTAIN EXHIBITS ATTACHED TO MOTIONS TO DIMISS IN VIOLATION OF DISCLOSURE AGREEMENT |
| Natalie Renee Hoffman, Oona Meagan Holcomb, Madeline Abbe Huse, and Zaachila Isabel Orozco-McCormick, | |
| Defendants. | |

The United States of America, by and through its undersigned attorneys, hereby respectfully moves to seal certain exhibits attached to the defendant's motions to dismiss, specifically Exhibit 2 to the defendant's Motion to Dismiss Count II and Count III Based on Due Process & Renewed Motion to Compel (Doc. 69-1 at 36-38), Exhibits 6 and 7 to the defendant's Motion to Dismiss for Selective Enforcement, or Alternatively, for Further Discovery Regarding Same (Doc. 71-1 at 24-38), and Exhibit 3 to the defendant's Motion to Dismiss Charges Pursuant to the Religious Freedom Restoration Act (Doc. 73-1 at 9-10). The exhibits contain sensitive law enforcement information. Also, the dissemination of the government's disclosure violates the disclosure agreement in this case which states,

"Defense counsel agrees not to provide any copies of the disclosure to anyone except for the defendant and individuals employed by defense counsel constituting the defense team." By attaching disclosure as exhibits to the motion, the defense has made disclosure available to any member of the public. In fact, under very similar circumstances, United States Magistrate Judge Bernardo P. Velasco recently held that attaching the government's disclosure to a motion to dismiss violated the disclosure agreement. *See* Docs. 68-70, 74 at 7:1-8:7 in *United States v. Warren* (18-CR-0023-RCC-BPV).

Counsel for the defendant has been contacted regarding this motion and objects.

Respectfully submitted this 10th day of September, 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*/s/ Anna R. Wright & Nathaniel J. Walters*

ANNA WRIGHT &
NATHANIEL J. WALTERS
Assistant U.S. Attorneys

Copy of the foregoing served electronically or by
other means this 10th day of September, 2018, to:

All ECF participants