## Declaration of Robin Reineke

Robin Reineke declares, under penalty of perjury, the following to be true and correct to the best of her information and belief:

1. I am a cultural anthropologist, an Assistant Research Social Scientist in the Southwest Center at the University of Arizona, focusing on global and regional migration, and the Director of Colibrí Center for Human Rights. I am a full time resident of Tucson, Arizona.

2. Colibrí operates within the Office of the Medical Examiner for Pima County. Our mission includes assisting forensic officials in identifying remains of those who have died while migrating to the United States through the Southwest Desert. We work closely with families of the missing and deceased, create space for their mutual support, and bear witness to the experience of the missing and deceased migrants and their families.

3. I am one of several authors, along with Dr. Bruce Parks, the former Medical Examiner of Pima County, of the article: Structural Violence and Migrant Deaths in Southern Arizona: Data from the Pima County Office of the Medical Examiner, 1990-2013. *JMHS Volume 2 Number 4 (2014): 257-286.* This scholarly article examines the societal conditions that led to increased undocumented migration through the Southwestern Desert of the United States and the funneling of Undocumented Border Crossers through the most perilous sections of that desert. The article documents the resulting increase in deaths over time even as there was a decrease in apprehensions by the Border Patrol.

4. Because of our work with missing migrants and their families, Colibrí frequently receives calls from people with missing relatives or relatives in distress in the Southwest Desert.

5. In the past when we received a call concerning missing and distressed border crossers, we at Colibrí worked closely with Border Patrol Search, Trauma, and Rescue (BORSTAR). Over time, however, we learned that BORSTAR was generally unresponsive to calls for distress. Even in cases of a distressed migrant who had been seen within an hour of the rescue call, even in cases we provided BORSTAR a map of the last known location of the distressed migrant, agents at BORSTAR would not initiate search and rescue operations – at times affirmatively denying the request to us in writing and at other times simply not responding to the request.

6. Two particularly poignant calls for search and rescue, referred by Colibrí but refused by BORSTAR, led to a reevaluation of Colibrí interactions with BORSTAR. We received a call from the wife of a missing migrant named Jose Ricardo. Jose Ricardo had been deported and was trying to return home in time for the Fourth of July holiday to spend

with his wife and daughter. Jose Ricardo developed heat stroke and was separated from the group he had joined to walk across the desert. Eventually, one of his traveling companions flagged a border patrol agent, even at risk of incarceration and deportation to himself, and told the agent about Jose Ricardo's distress and peril. The Border Patrol agent refused to search for Jose Ricardo. Jose Ricardo's wife then called Border Patrol to beg for assistance. There she connected with Agent Mario Agundez. Agent Agundez told Jose Ricardo's wife that Border Patrol would not search for her missing husband, and told her that they would be, "searching for a cadaver." Instead, Agent Agundez pressed for information about the smuggler who helped her husband cross.

Likewise, a woman from New Jersey called to report her mother missing in the Arizona Desert. She called many, many agencies and not one would so much as take a report. Eventually, the daughter contacted Border Patrol, who treated her rudely and made clear they were not interested in her mother; all questions centered on determining whether there was a smuggler involved in her mother's crossing.

7. In approximately 2015, Colibrí discontinued sending search and rescue referrals to BORSTAR.

8. I am familiar with No More Deaths, a Ministry of the Universalist Unitarian Church in Tucson whose primary purpose is to alleviate death and suffering in the Southwest Desert. As part of the Ministry, volunteers at No More Deaths respond to calls of distressed migrants in the desert. Colibrí now refers search and rescue calls to No More Deaths.

9. For many years we worked closely with Border Patrol, and I am aware that Border Patrol also worked cooperatively with No More Deaths. The cooperative relationship between Border Patrol and No More Deaths changed in 2017 after Byrd Camp, a medical facility operated by No More Deaths to provide life-saving care for migrants in distress, was raided by Border Patrol. A few days after the raid on Byrd Camp, I had a previously-scheduled meeting with Agent Mario Agundez and Pedro Alonso. I expressed my anger and dismay that agents would raid a humanitarian aid station in the desert during a heatwave. Agent Agundez was defensive and angry in explaining why the Border Patrol had raided the medical facility. He referred to negative press against the Border Patrol generated by No More Deaths, and said they had, "gone too far," that, "they have messed with the wrong guy." He told me the agency had intentions "to shut them down." I immediately informed a person at No More Deaths of this inflammatory intent.

I declare under penalty of perjury that the foregoing is true to the best of my information and belief.

Signed this ___4___ day of September, 2018.

_____
Robin Reineke